

NBERGER@GCKLEGAL.COM

July 20, 2020

VIA REGISTERED U.S. MAIL
<u>RETURN RECEIPT REQUESTED</u>

Exxon Mobil Corporation
Illinois Corporation Service Center
801 Adlai Stevenson Drive
Springfield, Illinois 62703

Indus of Illinois, Inc.
Attn: Mr. Amjad Khan
1 South 161 Summit Avenue
Oak Brook Terrace, Illinois 60181

Mr. Amjad Khan
1 South 161 Summit Avenue
Oak Brook Terrace, Illinois 60181

> Re: **Notice of Intent to File Claims Pursuant to Section 7002(a)(1)(b) and Notice of Endangerment Pursuant to Section 7002(b)(2) of the Resource Conservation and Recovery Act ("RCRA")**

Dear Sir or Madam:

We represent REM Properties ("**REM**"), the owner of the parcels associated with Property Identification Numbers: 19-32-106-006; 19-32-106-007; 19-32-106-008; 19-32-106-009; 19-32-106-010; and 19-32-106-020, commonly known as 7912 South Austin Avenue, Burbank, Illinois 60459 ("**7912 South Austin**"), located adjacent to the property commonly known as 6027 West 79th Street, Burbank, Illinois 60459, former ExxonMobil Station 05-BDW and currently operating as a Fuel Zone gas station (the "**Facility**"). This letter is to notify you that REM plans to file one or more claims pursuant to Section 7002(a)(1)(b) of the Resource Conservation and Recovery Act ("**RCRA**"), among other claims, against ExxonMobil Corporation ("**ExxonMobil**"), Indus of Illinois, Inc. ("**Indus**"), and Amjad Khan ("**Khan**"). REM's RCRA claims arise from releases of hazardous and other harmful substances and wastes, including but not limited to benzene, toluene, ethylbenzene, and xylene ("**BTEX**") (collectively, "the Hazardous Wastes"), from underground storage tanks ("**USTs**") used by and located at the Facility.

REM owns and operates businesses near the Facility. REM's property and the surrounding environment, as well as the health of persons who work at the Facility or live nearby, have been and continue to be damaged and threatened as a result of releases of the Hazardous Wastes at and

ExxonMobil Corporation
Indus of Illinois, Inc.
Mr. Amjad Khan
July 20, 2020
Page 2

from the Facility. Specifically, as a result of releases from the Facility, the Hazardous Wastes are present in unsafe levels beneath (in soil, vapor and groundwater) and likely within 7912 South Austin and many other properties in the area.

Based on information recently obtained by REM, the Hazardous Wastes stem from releases at the Facility, including two UST Leak events, in 1989 (IEPA Incident No.: 891477) and 2002 (IEPA Incident No.: 20021427). The Hazardous Wastes have migrated off of the Facility property, contaminating the surrounding environment, including the groundwater and soil of 7912 South Austin, and the air inside and/or under the commercial building located at 7912 South Austin, and have similarly impacted or threatened other properties in the area. ExxonMobil and Indus, and by extension Khan, are responsible for the subject contamination, by failing to contain the Hazardous Wastes at the Facility, and by failing to adequately investigate and abate the contamination that has migrated from the Facility onto adjacent properties. The current soil, groundwater and vapor migration of Hazardous Wastes from the Facility presents an imminent and substantial endangerment to health and the environment as defined in RCRA.

ExxonMobil and Indus have contributed and are contributing to the past or present handling, storage and disposal of solid wastes which may present an imminent and substantial endangerment to health or the environment. Specifically, ExxonMobil and Indus' handling and disposal of the Hazardous Wastes, and the discharge of such substances directly into the environment, has and continues to create an imminent hazard to health and the environment by polluting the soil, groundwater, and air on properties adjacent to the Facility. Also, ExxonMobil and Indus' contamination from the Facility has contributed to the imminent and substantial endangerment posed to human health and the environment. Each of ExxonMobil and Indus, as contributors to this hazardous condition, are subject to suit pursuant to Section 7002(a)(1)(B) of RCRA.

ExxonMobil and Indus have failed to adequately investigate and remediate the contamination emanating from the Facility. REM will be seeking injunctive relief under RCRA which requires ExxonMobil and Indus to perform comprehensive environmental investigation which characterizes the extent of the contamination and identifies the extent of contamination at 7912 South Austin and the other properties in the area impacted or threatened by ExxonMobil and Indus' contamination. REM will also be seeking injunctive relief under RCRA to compel ExxonMobil and Indus to perform such remediation at 7912 South Austin and in the adjacent areas that are determined to be impacted or threatened as is warranted to comprehensively abate this contamination and protect the public from exposure to ExxonMobil and Indus' contamination.

Please take notice that, unless the matters referenced herein are resolved to REM's satisfaction within ninety (90) days after the date this notice is served, REM will assert claims under RCRA against ExxonMobil, Indus and Khan in the appropriate United States District Court. In such proceeding, REM will seek injunctive relief, appropriate civil penalties, and costs of litigation, including reasonable attorneys' and expert witness fees, as well as any other appropriate relief available under RCRA.

ExxonMobil Corporation
Indus of Illinois, Inc.
Mr. Amjad Khan
July 20, 2020
Page 3

Legal counsel representing REM are:

Norman B. Berger
E: nberger@gcklegal.com
Alexis E. Clinebell
E: aclinebell@gcklegal.com
Gensburg, Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois
T: (312) 263-2200
F: (312) 263-2242

All further communication concerning this matter should be with the undersigned.

Very truly yours,

Norman B. Berger

NBB/aec

cc:     VIA REGISTERED U.S. MAIL
        RETURN RECEIPT REQUESTED

        Andrew Wheeler
        Administrator
        United States Environmental Protection Agency
        William Jefferson Clinton Building
        1200 Pennsylvania Avenue, N.W.
        Washington, D.C. 20460

        Kurt Thiede
        Acting Regional Administrator for Region V
        United States Environmental Protection Agency
        77 West Jackson Blvd.
        Chicago, Illinois 60604

        John J. Kim
        Director
        Illinois Department of Environmental Protection Agency
        1021 North Grand Avenue, East
        P.O. Box 19276
        Springfield, Illinois 62794-9276

ExxonMobil Corporation
Indus of Illinois, Inc.
Mr. Amjad Khan
July 20, 2020
Page 4

William Barr
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Amjad Z. Khan
1 South 161 Summit Avenue
Oak Brook Terrace, Illinois 60181
*Registered Agent of Indus of Illinois, Inc.*

<u>VIA U.S. MAIL</u>

Hepler Broom LLC
Attn: Jennifer M. Martin
4340 Acer Grave Drive
Springfield, Illinois 62711
*Counsel for ExxonMobil Corporation*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$    7.05

Sent To
Amjad A. Khan
Street a 1 South 161 Summit Avenue
City, St Oak Brook Terrace, Illinois 60181

7019 2970 0001 9692 7700

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

BC

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _____
- ☐ Return Receipt (electronic)      $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required         $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Se

Si

Ci

Exxon Mobil Corporation
Illinois Corporation Service Center
801 Adlai Stevenson Drive, Springfield, IL 62703

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Exxon Mobil Corporation
Illinois Corporation Service Center
801 Adlai Stevenson Drive
Springfield, IL 62703



9590 9402 5364 9189 8819 27

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Michael T. Cavanagh_   ☑ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Michael T. Cavanagh

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7019 2970 0001 9692 8004

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

9590 9402 5364 9189 8819 27

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED

JUL 29 2020

Gensburg Calandriello
& Kanter, P.C.

GENSBURG CALANDRIELLO & KANTER, P.C.
200 WEST ADAMS STREET
SUITE 2425
CHICAGO, IL 60606

McGowan, Ed.

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)        $ _____
- [ ] Return Receipt (electronic)      $ _____
- [ ] Certified Mail Restricted Delivery $ _____
- [ ] Adult Signature Required         $ _____
- [ ] Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

S

Indus of Illinois
Attn: Mr. Amjad Khan
1 South 161 Summit Avenue, Oak Brook Terrace, Illinois 6018

Postmark
Here

LOOP STATION CHICAGO IL USPS
JUN 20 2020

MCGOVERN, Ed

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

### OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$   7.05

Mr. Amjad Khan
1 South 161 Summit Avenue
Oak Brook Terrace, Illinois 60181

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$   7.05

Sent To

Andrew Wheeler, Administrator
United States Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W., Washington, D.C. 20460

Postmark
Here

USPS
2020

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew Wheeler, Administrator
United States Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

9590 9402 5364 9189 8818 42

2. Article Number (Transfer from service label)

7019 2970 0001 9692 7670

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUL 27 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 5364 9189 8818 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

RECEIVED
JUL 3 1 2020
Gensburg Calandriello
& Kanter, P.C.

• Sender: Please print your name, address, and ZIP+4® in this box•

GENSBURG CALANDRIELLO & KANTER, P.C.
200 WEST ADAMS STREET
SUITE 2425
CHICAGO, IL 60606

Mceonan, Ed.

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$                    1.05

Sent To   Kurt Thiede

Street    Acting Regional Administrator for Region V
          United States Environmental Protection Agency

City      77 West Jackson Blvd., Chicago, IL 60604

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark
Here

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kurt Thiede
Acting Regional Administrator for Region V
United States Environmental Protection Agency
77 West Jackson Blvd.
Chicago, IL 60604



9590 9402 5364 9189 8819 34

2. Article Number *(Transfer from service label)*

7019 2970 0001 9692 7663

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *C. Keeling*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

7/22/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 5364 9189 8819 34

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED

• Sender: Please print your name, address, and ZIP+4® in this box•

Gensburg Calandriello & Kanter, P.C.

GENSBURG CALANDRIELLO & KANTER, P.C.
200 WEST ADAMS STREET
SUITE 2425
CHICAGO, IL 60606

McEnan, Ed

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

**Total Postage and Fees**

$ 7.05

Sent To

John J. Kim, Director
Illinois Department of Environmental Protection Agency
1021 North Grand Avenue, East
P.O. Box 19276, Springfield, IL 62794-9276

or Instructions



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John J. Kim, Director
Illinois Department of Environmental
Protection Agency
1021 North Grand Avenue, East
P.O. Box 19276
Springfield, IL 62794-9276

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5364 9189 8819 10

2. Article Number *(Transfer from service label)*

7019 2920 0001 9692 7687

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  1021 North Grand Avenue East
Post Office Box 19276
X   Springfield, Illinois 62794-9276
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
JUL 22 2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

9590 9402 5364 9189 8819 10

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
AUG 05 2020
Gensburg Calandriello
& Kanter, P.C.

• Sender: Please print your name, address, and ZIP+4® in this box•

GENSBURG CALANDRIELLO & KANTER, P.C.
200 WEST ADAMS STREET
SUITE 2425
CHICAGO, IL 60606

McGowan, Ed.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
| --- | --- |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$ 7.05

Sent To
William Barr, Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW, Washington, D.C. 25030-0001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Barr, Attorney General of the
United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 25030-0001



9590 9402 5364 9189 8819 03

2. Article Number *(Transfer from service label)*

7019 2970 0001 9692 7694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Emily Love_    ☐ Agent
                  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

JUL 27 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 5364 9189 8819 03

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

GENSBURG CALANDRIELLO & KANTER, P.C.
200 WEST ADAMS STREET
SUITE 2425
CHICAGO, IL 60606

RECEIVED

JUL 31 2021

Gensburg Calandriello
& Kanter, P.C.

McGowan, Ed.